# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust<br><br>**Plaintiff**<br><br>vs.<br><br>Dawn Landsman a/k/a Dawn L. Beauchamp<br><br>**Defendant**<br>CACH, LLC<br><br>**Party-In-Interest** | CIVIL ACTION NO: 2:19-cv-00156-LEW<br><br><br><br>RE: 6 School Street, Bridgton, ME 04009<br><br>Mortgage:<br>February 5, 2009<br>Book 26624, Page 83 |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust, and the Defendant, Dawn Landsman a/k/a Dawn L. Beauchamp and Party-In-Interest CACH, LLC, and hereby submits this Consent Judgment of Foreclosure and Sale.

Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendant or their heirs or assigns pay U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($170,438.32) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $114,800.22 |
| Escrow Balance | $16,096.57 |
| Interest | $39,541.53 |
| Grand Total | $170,438.32 |

2. If the Defendant or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($170,438.32) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Bridgton Property shall terminate, U.S. Bank shall conduct a public sale of the Bridgton Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $170,438.32 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $170,438.32.

5. The priority of interests is as follows:

    a.) U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $170,438.32, pursuant to the subject Note and Mortgage.

    b.) CACH, LLC has the second priority behind the Plaintiff pursuant to a Writ of Execution dated July 22, 2010, in the amount of $4,751.65, and recorded in the Cumberland County Registry of Deeds in Book 28176, page 96.

    c.) Dawn Landsman a/k/a Dawn L. Beauchamp has the third priority behind the Plaintiff.

6. The prejudgment interest rate is 6.00000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.590000%, *see* 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Dawn Landsman<br>a/k/a Dawn L. Beauchamp<br>113 Cimarron Drive, Apt. D8<br>Seabrook, NH 03874 | Pro Se |
| PARTY-IN-INTEREST | CACH, LLC<br>c/o Corporation Service Company<br>45 Memorial Circle<br>Augusta, ME 04330 | Pro Se |

a) The docket number of this case is No. 2:19-cv-00156-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 6 School Street, Bridgton, ME 04009, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 6 School Street, Bridgton, ME 04009. The Mortgage was executed by the Defendants on February 5, 2009. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 26624, Page 83.

e)   This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 6 School Street, Bridgton, ME 04009.

Dated: July 17, 2019          /s/ Reneau J. Longoria, Esq.
                              John A. Doonan, Esq., Bar No. 3250
                              Reneau J. Longoria, Esq., Bar No. 5746
                              Attorneys for Plaintiff
                              Doonan, Graves & Longoria, LLC
                              100 Cummings Center, Suite 225D
                              Beverly, MA 01915
                              (978) 921-2670
                              JAD@dgandl.com
                              RJL@dgandl.com

Dated: July 4, 2019           /s/ Dawn Landsman
                              Dawn Landsman, a/k/a Dawn L. Beauchamp
                              113 Cimarron Drive, Apt. D8
                              Seabrook, NH 03874

**SO ORDERED.**

Dated: July 18, 2019          /s/Lance E. Walker
                              **LANCE E. WALKER**
                              **U.S. DISTRICT JUDGE**